FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JANET HICKEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, WAIOC No. 481, a foreign insurance company,<br><br>Defendant. | NO: 2:17-CV-329-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. 19. Having reviewed the Notice and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Notice of Voluntary Dismissal with Prejudice, **ECF No. 19**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter Judgment accordingly, provide copies to counsel, and **close this case**.

**DATED** August 9, 2018.

                                 *s/ Rosanna Malouf Peterson*
                               ROSANNA MALOUF PETERSON
                                   United States District Judge